**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Pavel Riazhskikh,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-02003-PHX-KML

**ORDER**

On May 19, 2026, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R"). The R&R recommends the court grant petitioner's request for a bond hearing where "the government must bear the burden of showing that Petitioner should not be released on bond because Petitioner is a flight risk or a danger to the community." (Doc. 15 at 18.) The R&R recommends the court deny all other forms of relief, such as petitioner's release. Finally, the R&R recommends the court deny petitioner's motion to join his spouse as co-petitioner. The parties had fourteen days to file objections, but none were filed. The R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 15) is **ADOPTED**. The petition (Doc. 1) is **GRANTED** to the extent that within 30 days of this order, respondents shall provide petitioner a bond hearing where the government bears the burden of showing

petitioner should not be released on bond because he is a flight risk or a danger to the community. The remainder of the petition is denied.

**IT IS FURTHER ORDERED** the Motion to Amend (Doc. 13) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of petitioner and close this case.

Dated this 23rd day of June, 2026.

_Krissa M. Lanham_
**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -